### 276. BASS DRY GOODS COMPANY *v.* TREAT & CONVERSE.

POWELL, J. Under the decisions in the cases of *Anderson* v. *Wyche,* 126 *Ga.* 393, *Cox* v. *Macon Ry. Co.,* 126 *Ga.* 398, and *Newberry* v. *Tenant,* 121 *Ga.* 561, all of them binding upon this court as precedents, the writ of error must be dismissed. *Ox Breeches Mfg. Co.* v. *Bird,* ante, 40.

*Writ of error dismissed.*

Motion to dismiss the writ of error.
Argued April 8,—Decided April 25, 1907.
*Dodd & Dodd,* for plaintiff in error.
*Napier, Wright & Cox,* contra.